[Nos. 57420-5-I; 57469-8-I.   Division One.   August 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN RAY HEDDRICK, JR., *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 05-1-08886-5 and 04-1-12703-0, Mary Yu, J., entered November 28, 2005. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Schindler, A.C.J., and Coleman, J.

[No. 57462-1-I.   Division One.   August 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SMALLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-01259-0, Steven J. Mura, J., entered November 23, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 58044-2-I.   Division One.   August 27, 2007.]

ZSCHE E. NAVARRE, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-08722-1, Theresa B. Doyle, J., entered April 3, 2006. *Reversed* by unpublished opinion per Grosse, J., concurred in by Becker, J.; Ellington, J., concurring separately.

[No. 58058-2-I.   Division One.   August 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY ALAN GURON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-08281-6, Julie Spector, J., entered April 17, 2006. *Affirmed* by unpublished per curiam opinion.